### Daniel C. Baker & others *vs.* Henry B. Fernald.

The *St.* of 1858, *c.* 93, is constitutional, and transfers to the judge of probate and insolvency, appointed under that act, all the jurisdiction of the judge of insolvency.

Petition for a *mandamus* to compel the judge of insolvency for this county to proceed with the examination of the petitioners upon their application for a certificate of discharge in insolvency under proceedings previously instituted before him, and of which he had declined to take any further cognizance, upon the ground that the *St.* of 1858, *c.* 93, had abolished his office, and transferred his authority and jurisdiction to the judge of probate and insolvency.

After argument by the same counsel, for the same reasons as in the next preceding case of *Russell* v. *Howe, ante,* 147, the court                                        *Dismissed the petition.*